**Dismissed and Opinion Filed July 14, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00247-CV

**TON NU THU HONG, Appellant**
**V.**
**NGO DUC QUANG LONG, Appellee**

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-15-19982**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated March 3, 2016, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated March 3, 2016, we notified appellant the docketing statement had not been filed in this case. We directed appellant to file the docketing statement within ten days. We cautioned appellant that failure to do so might result in dismissal of this appeal. By letter dated June 1, 2016, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or to provide written documentation appellant had been found entitled to proceed without payment of

costs.  We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice.  To date, appellant has not paid the filing fee, filed the docketing statement, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

160247F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TON NU THU HONG, Appellant

No. 05-16-00247-CV     V.

NGO DUC QUANG LONG, Appellee

On Appeal from the 254th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DF-15-19982.
Opinion delivered by Chief Justice Wright. Justices Lang-Miers and Stoddart participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee NGO DUC QUANG LONG recover appellee's costs of this appeal from appellant TON NU THU HONG.

Judgment entered July 14, 2016.